## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Victoria Ann Griswold                    CHAPTER 13

Debtor(s)

BKY. NO. 21-10308 TPA

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Soundview Home Loan Trust 2005-1 Asset-Backed Certificates, Series 2005-1 and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich

Maria Miksich
07 Jun 2021, 14:38:04, EDT

Brian C. Nicholas, Esq. (317240)  ☐
Maria D. Miksich, Esq. (319383)  ☑
Rebecca A. Solarz, Esq. (315936)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: df858f00d400e874430ce1b778761b24d6bc8b3b75392f2730676536f38bc1b8