FILED
6/10/21 9:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 21-10308-TPA |
| | : | |
| Victoria Ann Griswold, | : | Chapter 13 |
| Debtor, | : | |
| _____ | : | Related to Docket No: 9 |
| Victoria Ann Griswold, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |

### ORDER TO EXTEND DEADLINE REGARDING COMPLETION OF THE FILING OF CHAPTER 13 PETITION, SCHEDULES, CHAPTER 13 PLAN PAYMENT AND PROOF OF INCOME

**AND NOW** on this 10th day of June, 2021, upon consideration of Debtors' Motion to Extend Deadline Regarding Completion of the Filing of Chapter 13 Petition, Schedules, Chapter 13 Plan Payment and Proof of Income, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion is **GRANTED**. Debtor shall have until **June 21, 2021**, [10 days later] to file her Chapter 13 Schedules, Statement of Financial Affairs, Proof of Income, and all other information and forms required. No further extensions will be granted.

BY THE COURT,

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10308-TPA |
| Victoria Ann Griswold | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 1 of 1 |
| Date Rcvd: Jun 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Victoria Ann Griswold, 827 Mercer Road, Franklin, PA 16323-4627 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Victoria Ann Griswold dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor Deutsche Bank National Trust Company as trustee, on behalf of the holders of the Soundview Home Loan Trust 2005-1 Asset-Backed Certificates, Series 2005-1 mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4