# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10308-TPA |
| | : | |
| Victoria Ann Griswold, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

DATES OF ENCLOSED PAYMENT ADVICES:

NONE

Next Payment Advice Expected (post-filing):

NONE

K.D.

# GRISWOLD, VICTORIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10308-TPA |
| | : | |
| Victoria Ann Griswold, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| Victoria Ann Griswold, | : | |
| Movant | : | |

**VERIFICATION REGARDING PROOF OF INCOME**

I, Victoria Ann Griswold, hereby state as follows:

1.) I am Retired; therefore I am unable to provide the prior (6) six months pay advices.
2.) I receive Social Security Benefits in the amount of $1,469.00 per month.
3.) I also receive a Pension in the amount of $443.01 per month.
4.) I was required to file 2019 - 2020 tax returns; therefore I have submitted the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: June 21, 2021                                  /s/ Victoria Ann Griswold
                                                                      Debtor