Certificate Number: 02998-PAW-DE-036156198

Bankruptcy Case Number: 21-10308



02998-PAW-DE-036156198

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 22, 2021, at 1:01 o'clock PM EST, Victoria A Griswold completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   November 22, 2021              By:   /s/Terri Everett

                                       Name: Terri Everett

                                       Title: Counselor