## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In RE:

                                            **Chapter:** 13

VICTORIA ANN GRISWOLD                         **Claim Number:** 6

                                            **Case Number:** 21-10308

**Debtor(s)**

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS only, listed in the above stated case, be changed.

Check which type of address change is being requested:

[ ] Notice only        [√] Payment only        [ ] Notice & Payment

**PAYMENT ADDRESS**

FROM:                                                    TO:

Payment Processing Center                Payment Processing Center

P.O. Box 78367                                    P.O. Box 660618

Phoenix, AZ 85062                             Dallas, TX 75266-0618

                                                       /s/ Veermanu Yadav

Date: 06/28/2024                                  Creditor's Authorized Agent for Ally Bank

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

In RE:

VICTORIA ANN GRISWOLD

Debtor(s)

Chapter: 13

Case Number: 21-10308

## Certificate of Service

I certify that on 06/28/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
DANIEL P FOSTER
DAN@MRDEBTBUSTER.COM

Trustee
RONDA J. WINNECOUR

United States Trustee
OFFICE OF THE UNITED STATES TRUSTEE

/s/ Veermanu Yadav
Veermanu Yadav
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com