**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>VICTORIA ANN GRISWOLD | Case No. 21-10308JCM |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| vs. Movant | Document No __ |
| ALLY BANK(*) | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

REFUND RECEIVED, NO EXPLANATION.  TRUSTEE RECORDS SHOW A BALANCE DUE ON THE CLAIM.

| | |
|---|---|
| ALLY BANK(*)<br>PAYMENT PROCESSING CENTER*<br>PO BOX 660618<br>DALLAS, TX 75266-0618 | Court claim# 6/Trustee CID# 5 |

The Movant further certifies that on 02/10/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>VICTORIA ANN GRISWOLD, 827 MERCER ROAD, FRANKLIN, PA  16323 | DEBTOR'S COUNSEL:<br>DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, 1210 PARK AVE, MEADVILLE, PA 16335 |
|---|---|
| :<br>AIS PORTFOLIO SERVICES (AMERICAN INFO SOURCE)**, ATTN BANKRUPTCY NOTICING, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK  73118<br><br>NEW CREDITOR: | ORIGINAL CREDITOR:<br>ALLY BANK(*), PAYMENT PROCESSING CENTER*, PO BOX 660618, DALLAS, TX 75266-0618 |