**Shreyansh Gandhi**
**AIS Portfolio Services, LLC**
**4515 N. Santa Fe Ave.**
**Oklahoma City, OK 73118**
**(817) 277-2011 Office**
**(888) 455-6662 Toll Free**
**(817) 461-8070 Fax**

**BANKRUPTCY SERVICER FOR ALLY BANK**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VICTORIA ANN GRISWOLD | § | CASE NO. 21-10308-JCM-13 |
| | § | CHAPTER 13 |
| | § | |
| DEBTOR(S) | § | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER __6-2____

COMES NOW, AIS Portfolio Services, LLC, bankruptcy servicer for ALLY BANK, and files this its Notice of Withdrawal of Proof of Claim Number 6-2 filed by Chintan Trivedi and requests that its Claim filed in the above-styled and numbered case on 02/26/2026 be withdrawn.

Respectfully submitted,

/s/ **Shreyansh Gandhi**
**Shreyansh Gandhi**
AIS PORTFOLIO SERVICES, LLC
4515 N. SANTA FE AVE.
OKLAHOMA CITY, OK 73118
(817) 277-2011

BANKRUPTCY SERVICER FOR
ALLY BANK

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Notice of Withdrawal was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 21st day of April, 2026.

/s/ **Shreyansh Gandhi**
**Shreyansh Gandhi**

**DEBTOR ATTORNEY:**
DANIEL P FOSTER
FOSTER LAW OFFICES
1210 PARK AVENUE,
MEADVILLE, PA, 16335

**TRUSTEE:**
RONDA J. WINNECOUR
SUITE 3250 USX TOWER, 600
GRANT STREET, PITTSBURGH,
PA, 15219