**Shreyansh Gandhi**
**AIS Portfolio Services, LLC**
**4515 N. Santa Fe Ave.**
**Oklahoma City, OK 73118**
**(817) 277-2011 Office**
**(888) 455-6662 Toll Free**
**(817) 461-8070 Fax**

**BANKRUPTCY SERVICER FOR ALLY BANK**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| VICTORIA ANN GRISWOLD | § § | CASE NO. 21-10308-JCM-13 CHAPTER 13 |
| | § § § | RELATED TO DOC. NO. 45 |
| DEBTOR(S) | § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER __6-2__**

COMES NOW, AIS Portfolio Services, LLC, bankruptcy servicer for ALLY BANK, and files this its Notice of Withdrawal of Proof of Claim Number 6-2 filed by Chintan Trivedi and requests that its Claim filed in the above-styled and numbered case on __02/26/2026__ be withdrawn.

Respectfully submitted,

/s/ **Shreyansh Gandhi**
**Shreyansh Gandhi**
**AIS PORTFOLIO SERVICES, LLC**
**4515 N. SANTA FE AVE.**
**OKLAHOMA CITY, OK 73118**
**(817) 277-2011**

**BANKRUPTCY SERVICER FOR**
**ALLY BANK**

SO ORDERED
April 21, 2026

_____
John C. Melaragno, Judge jlm
United States Bankruptcy Court

SIGNED
4/21/26 2:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 21-10308-JCM

Victoria Ann Griswold                                                          Chapter 13

         Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 22 2026 01:35:38 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Victoria Ann Griswold dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Elizabeth Trachtman | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |
| Jordan Matthew Katz | on behalf of Creditor Deutsche Bank National Trust Company  as trustee, on behalf of the holders of the Soundview Home Loan Trust 2005-1 Asset-Backed Certificates, Series 2005-1 jkatz@raslg.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |

District/off: 0315-1                             User: auto                                      Page 2 of 2

Date Rcvd: Apr 21, 2026                          Form ID: pdf900                                 Total Noticed: 1

Matthew Fissel

on behalf of Creditor Deutsche Bank National Trust Company  as trustee, on behalf of the holders of the Soundview Home Loan
Trust 2005-1 Asset-Backed Certificates, Series 2005-1 bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Michelle L. McGowan

on behalf of Creditor Deutsche Bank National Trust Company  as trustee, on behalf of the holders of the Soundview Home Loan
Trust 2005-1 Asset-Backed Certificates, Series 2005-1 mimcgowan@raslg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 8