**Fill in this information to identify the case:**

Debtor 1     **VICTORIA ANN GRISWOLD**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Western District of Pennsylvania**

(State)

Case Number     **21-10308JCM**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

| Part 1: | Mortgage Information |
|---|---|

Name of claim holder:   PHFA-HEMAP(*)

**Court claim no.**  (if known):
2

**Last 4 digits** of any number you use to identify the debtor's account:     2   3   6   7

Property Address:     827 MERCER RD
Number        Street

FRANKLIN                                                        PA     16323
City                                                                          State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $          100.00 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $          100.00 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $          -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $          100.00 |

| Part 4: | Postpetition Payment |
|---------|----------------------|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.  Total amount of postpetition payments disbursed by the trustee as of date of notice:  $ _____1,550.00_

b.  The last ongoing mortgage payment disbursed by the trustee was the payment due on
<u>July 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---------|-------------------------------------------|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:  $ _____-0-_

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---------|--------------------------------------------------------|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✖ /s/ Ronda J. Winnecour _____  Date  ___04/29/2026___
Signature

Trustee  Ronda J. Winnecour _____
First Name          Middle Name          Last Name

Address  CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET _____
Number        Street

PITTSBURGH _____  PA  15219 ____
City                                      State    ZIP Code

Contact phone  (412) 471-5566 _____    Email  cmecf@chapter13trusteewdpa.com _____

| Debtor 1 | **GRISWOLD** | | | | Case Number **21-10308JCM** | | Page 1 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
| --- | --- | --- | --- | --- | --- |
| 2 | PHFA-HEMAP(*) | 10/25/2024 | 1314295 | Amounts Disbursed To Creditor | 20.00 |
| 2 | PHFA-HEMAP(*) | 01/28/2025 | 1321752 | Amounts Disbursed To Creditor | 15.80 |
| 2 | PHFA-HEMAP(*) | 04/25/2025 | 1329134 | Amounts Disbursed To Creditor | 17.15 |
| 2 | PHFA-HEMAP(*) | 07/25/2025 | 1336467 | Amounts Disbursed To Creditor | 17.15 |
| 2 | PHFA-HEMAP(*) | 10/24/2025 | 1343759 | Amounts Disbursed To Creditor | 17.15 |
| 2 | PHFA-HEMAP(*) | 03/25/2026 | 1355554 | Amounts Disbursed To Creditor | 12.75 |
| | | | | Total for Claim Number 2: | 100.00 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **100.00** |

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
| --- | --- | --- | --- | --- | --- |
| 2 | PHFA-HEMAP(*) | 09/24/2021 | 1210993 | Amounts Disbursed To Creditor | 21.02 |
| 2 | PHFA-HEMAP(*) | 10/25/2021 | 1214069 | Amounts Disbursed To Creditor | 22.55 |
| 2 | PHFA-HEMAP(*) | 11/22/2021 | 1217105 | Amounts Disbursed To Creditor | 22.10 |
| 2 | PHFA-HEMAP(*) | 12/23/2021 | 1220183 | Amounts Disbursed To Creditor | 22.09 |
| 2 | PHFA-HEMAP(*) | 02/23/2022 | 1226113 | Amounts Disbursed To Creditor | 22.08 |
| 2 | PHFA-HEMAP(*) | 03/25/2022 | 1229082 | Amounts Disbursed To Creditor | 44.14 |
| 2 | PHFA-HEMAP(*) | 05/25/2022 | 1235168 | Amounts Disbursed To Creditor | 22.06 |
| 2 | PHFA-HEMAP(*) | 06/27/2022 | 1238195 | Amounts Disbursed To Creditor | 47.99 |
| 2 | PHFA-HEMAP(*) | 08/24/2022 | 1244015 | Amounts Disbursed To Creditor | 25.13 |
| 2 | PHFA-HEMAP(*) | 09/27/2022 | 1246890 | Amounts Disbursed To Creditor | 26.20 |
| 2 | PHFA-HEMAP(*) | 10/25/2022 | 1249692 | Amounts Disbursed To Creditor | 27.19 |
| 2 | PHFA-HEMAP(*) | 11/23/2022 | 1252483 | Amounts Disbursed To Creditor | 27.54 |
| 2 | PHFA-HEMAP(*) | 12/22/2022 | 1255225 | Amounts Disbursed To Creditor | 28.38 |
| 2 | PHFA-HEMAP(*) | 01/26/2023 | 1257964 | Amounts Disbursed To Creditor | 58.31 |
| 2 | PHFA-HEMAP(*) | 03/28/2023 | 1263338 | Amounts Disbursed To Creditor | 61.33 |
| 2 | PHFA-HEMAP(*) | 05/25/2023 | 1269014 | Amounts Disbursed To Creditor | 62.75 |
| 2 | PHFA-HEMAP(*) | 07/25/2023 | 1274652 | Amounts Disbursed To Creditor | 32.18 |
| 2 | PHFA-HEMAP(*) | 08/25/2023 | 1277433 | Amounts Disbursed To Creditor | 65.16 |
| 2 | PHFA-HEMAP(*) | 10/25/2023 | 1282876 | Amounts Disbursed To Creditor | 33.37 |
| 2 | PHFA-HEMAP(*) | 11/27/2023 | 1285552 | Amounts Disbursed To Creditor | 67.22 |
| 2 | PHFA-HEMAP(*) | 01/26/2024 | 1290820 | Amounts Disbursed To Creditor | 68.19 |
| 2 | PHFA-HEMAP(*) | 03/26/2024 | 1296110 | Amounts Disbursed To Creditor | 32.83 |
| 2 | PHFA-HEMAP(*) | 04/25/2024 | 1298774 | Amounts Disbursed To Creditor | 60.19 |
| 2 | PHFA-HEMAP(*) | 05/29/2024 | 1301478 | Amounts Disbursed To Creditor | 25.00 |
| 2 | PHFA-HEMAP(*) | 07/25/2024 | 1306615 | Amounts Disbursed To Creditor | 50.00 |
| 2 | PHFA-HEMAP(*) | 09/25/2024 | 1311770 | Amounts Disbursed To Creditor | 34.98 |
| 2 | PHFA-HEMAP(*) | 10/25/2024 | 1314294 | Amounts Disbursed To Creditor | 40.02 |
| 2 | PHFA-HEMAP(*) | 12/23/2024 | 1319249 | Amounts Disbursed To Creditor | 45.95 |
| 2 | PHFA-HEMAP(*) | 01/28/2025 | 1321751 | Amounts Disbursed To Creditor | 29.05 |
| 2 | PHFA-HEMAP(*) | 03/26/2025 | 1326662 | Amounts Disbursed To Creditor | 50.00 |
| 2 | PHFA-HEMAP(*) | 04/25/2025 | 1329133 | Amounts Disbursed To Creditor | 25.00 |
| 2 | PHFA-HEMAP(*) | 06/25/2025 | 1333988 | Amounts Disbursed To Creditor | 50.00 |
| 2 | PHFA-HEMAP(*) | 07/25/2025 | 1336466 | Amounts Disbursed To Creditor | 25.00 |
| 2 | PHFA-HEMAP(*) | 09/25/2025 | 1341286 | Amounts Disbursed To Creditor | 50.00 |
| 2 | PHFA-HEMAP(*) | 10/24/2025 | 1343758 | Amounts Disbursed To Creditor | 25.00 |
| 2 | PHFA-HEMAP(*) | 12/23/2025 | 1348409 | Amounts Disbursed To Creditor | 47.12 |
| 2 | PHFA-HEMAP(*) | 01/27/2026 | 1350796 | Amounts Disbursed To Creditor | 27.88 |
| 2 | PHFA-HEMAP(*) | 02/24/2026 | 1353159 | Amounts Disbursed To Creditor | 25.00 |
| 2 | PHFA-HEMAP(*) | 03/25/2026 | 1355553 | Amounts Disbursed To Creditor | 25.00 |
| 2 | PHFA-HEMAP(*) | 04/27/2026 | 1357953 | Amounts Disbursed To Creditor | 75.00 |
| | | | | Total for Claim Number 2: | 1,550.00 |
| | | | | **Total for Part 4 - a (Postpetition Payments):** | **1,550.00** |

**<u>Certificate of Service</u>**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

VICTORIA ANN GRISWOLD
827 MERCER ROAD
FRANKLIN, PA  16323

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

LEON P HALLER ESQ
PURCELL KRUG & HALLER
1719 N FRONT ST
HARRISBURG, PA  17102

PHFA/HEMAP
211 NORTH FRONT ST
HARRISBURG, PA  17101

PHFA-HEMAP(*)
ATTN: LOAN SERVICING
PO BOX 15057
HARRISBURG, PA  17105-5057

Dated: 04/29/2026

/s/ Roberta Saunier

Administrative Assistant
Office of the Chapter 13 Trustee