**Fill in this information to identify the case:**

Debtor 1     **VICTORIA ANN GRISWOLD**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Western District of Pennsylvania**

(State)

Case Number    **21-10308JCM**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made     **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   DEUTSCHE BANK NTC - TRUSTEE ET AL

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account:   9   1   5   0

**Property Address:**    827 MERCER RD
Number     Street

FRANKLIN             PA    16323
City             State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ 7,777.93 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 7,777.93 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ 7,777.93 |

**Part 4:    Postpetition Payment**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.    Total amount of postpetition payments disbursed by the trustee as of date of notice:              $            25,778.77

b.    The last ongoing mortgage payment disbursed by the trustee was the payment due on
<u>July 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

**Part 5:    Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:              $            -0-

**Part 6:    A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Ronda J. Winnecour                                              Date    04/29/2026
Signature

Trustee    Ronda J. Winnecour
First Name        Middle Name        Last Name

Address    CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number        Street

PITTSBURGH                                        PA        15219
City                                                State    ZIP Code

Contact phone    (412) 471-5566                        Email    cmecf@chapter13trusteewdpa.com

| Debtor 1 | **GRISWOLD** | | Case Number **21-10308JCM** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 04/25/2024 | 1297948 | Amounts Disbursed To Creditor | 114.03 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 05/29/2024 | 1300659 | Amounts Disbursed To Creditor | 190.85 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 07/25/2024 | 1305791 | Amounts Disbursed To Creditor | 380.71 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 10/25/2024 | 1313542 | Amounts Disbursed To Creditor | 870.42 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 01/28/2025 | 1320980 | Amounts Disbursed To Creditor | 1,229.07 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 03/26/2025 | 1325915 | Amounts Disbursed To Creditor | 28.75 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 04/25/2025 | 1328394 | Amounts Disbursed To Creditor | 1,304.85 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 06/25/2025 | 1333262 | Amounts Disbursed To Creditor | 28.75 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 07/25/2025 | 1335741 | Amounts Disbursed To Creditor | 1,304.85 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 09/25/2025 | 1340565 | Amounts Disbursed To Creditor | 889.07 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 10/24/2025 | 1343051 | Amounts Disbursed To Creditor | 444.53 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 01/27/2026 | 1350063 | Amounts Disbursed To Creditor | 351.31 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 02/24/2026 | 1352428 | Amounts Disbursed To Creditor | 391.44 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 03/25/2026 | 1354788 | Amounts Disbursed To Creditor | 249.30 |
| | | | | Total for Claim Number 5: | 7,777.93 |

**Total for Part 3 - b (Prepetition Arrears):** 7,777.93

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 09/24/2021 | 1209943 | Amounts Disbursed To Creditor | 339.79 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 10/25/2021 | 1213035 | Amounts Disbursed To Creditor | 364.44 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 11/22/2021 | 1216070 | Amounts Disbursed To Creditor | 357.29 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 12/23/2021 | 1219136 | Amounts Disbursed To Creditor | 357.15 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 02/23/2022 | 1225138 | Amounts Disbursed To Creditor | 356.90 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 03/25/2022 | 1228039 | Amounts Disbursed To Creditor | 713.54 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 05/25/2022 | 1234115 | Amounts Disbursed To Creditor | 356.60 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 06/27/2022 | 1237139 | Amounts Disbursed To Creditor | 775.77 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 08/24/2022 | 1243035 | Amounts Disbursed To Creditor | 406.22 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 09/27/2022 | 1245885 | Amounts Disbursed To Creditor | 423.44 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 10/25/2022 | 1248739 | Amounts Disbursed To Creditor | 439.52 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 11/23/2022 | 1251522 | Amounts Disbursed To Creditor | 445.16 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 12/22/2022 | 1254288 | Amounts Disbursed To Creditor | 458.74 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 01/26/2023 | 1257008 | Amounts Disbursed To Creditor | 942.54 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 03/28/2023 | 1262422 | Amounts Disbursed To Creditor | 991.38 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 05/25/2023 | 1268074 | Amounts Disbursed To Creditor | 1,042.79 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 07/25/2023 | 1273800 | Amounts Disbursed To Creditor | 527.90 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 08/25/2023 | 1276544 | Amounts Disbursed To Creditor | 1,064.43 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 10/25/2023 | 1282037 | Amounts Disbursed To Creditor | 540.83 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 11/27/2023 | 1284712 | Amounts Disbursed To Creditor | 1,086.88 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 01/26/2024 | 1289968 | Amounts Disbursed To Creditor | 1,097.84 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 03/26/2024 | 1295288 | Amounts Disbursed To Creditor | 573.49 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 04/25/2024 | 1297948 | Amounts Disbursed To Creditor | 1,063.79 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 05/29/2024 | 1300659 | Amounts Disbursed To Creditor | 449.07 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 07/25/2024 | 1305791 | Amounts Disbursed To Creditor | 898.14 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 09/25/2024 | 1310974 | Amounts Disbursed To Creditor | 628.41 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 10/25/2024 | 1313542 | Amounts Disbursed To Creditor | 718.80 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 12/23/2024 | 1318538 | Amounts Disbursed To Creditor | 825.43 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 01/28/2025 | 1320980 | Amounts Disbursed To Creditor | 468.84 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 03/26/2025 | 1325915 | Amounts Disbursed To Creditor | 792.26 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 04/25/2025 | 1328394 | Amounts Disbursed To Creditor | 396.13 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 06/25/2025 | 1333262 | Amounts Disbursed To Creditor | 792.26 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 07/25/2025 | 1335741 | Amounts Disbursed To Creditor | 396.13 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 09/25/2025 | 1340565 | Amounts Disbursed To Creditor | 792.26 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 10/24/2025 | 1343051 | Amounts Disbursed To Creditor | 396.13 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 12/23/2025 | 1347681 | Amounts Disbursed To Creditor | 824.26 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 01/27/2026 | 1350063 | Amounts Disbursed To Creditor | 487.67 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 02/24/2026 | 1352428 | Amounts Disbursed To Creditor | 437.31 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 03/25/2026 | 1354788 | Amounts Disbursed To Creditor | 437.31 |
| 5 | DEUTSCHE BANK NTC - TRUSTEE ET | 04/27/2026 | 1357188 | Amounts Disbursed To Creditor | 1,311.93 |
| | | | | Total for Claim Number 5: | 25,778.77 |

**Total for Part 4 - a (Postpetition Payments):** 25,778.77

### Certificate of Service

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

VICTORIA ANN GRISWOLD
827 MERCER ROAD
FRANKLIN, PA  16323

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

SELECT PORTFOLIO SERVICING**
BANKRUPTCY NOTICES**
POB 65250
SALT LAKE CITY, UT  84165

DEUTSCHE BANK NTC - TRUSTEE ET AL
C/O SELECT PORTFOLIO SERVICING INC*
ATTN: REMITTANCE PROCESSING
PO BOX 65450
SALT LAKE CITY, UT  84165-0450

ROBERTSON ANSCHUTZ SCHNEID CRANE &
PARTNERS PLLC
13010 MORRIS RD SUITE 450
ALPHARETTA, GA  30004

Dated: 04/29/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee