Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Victoria Ann Griswold** | : | Case No. 21–10308–JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 53 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 8/4/26 at 02:00 PM |
| | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE FOR RESPONSE
AND HEARING ON MOTION**

    *AND NOW,* this *The 28th of May, 2026*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 53 , by the Chapter 13 Trustee

    It is hereby *ORDERED, ADJUDGED and DECREED* that:

    (1)  *On or before July 13, 2026*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 *OR* U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on *August 4, 2026 at 02:00 PM* in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

                    _____

John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 21-10308-JCM |
|---|---|
| Victoria Ann Griswold | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2026 | Form ID: 300b | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria Ann Griswold, 827 Mercer Road, Franklin, PA 16323-4627 |
| 15381000 | + | Deutche Bank National Trust Company, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 29 2026 01:17:16 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 29 2026 01:17:54 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2026 01:17:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15380997 | | Email/Text: g17768@att.com | May 29 2026 01:03:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 15400552 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 29 2026 01:17:15 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15380996 | + | Email/Text: ally@ebn.phinsolutions.com | May 29 2026 01:03:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15380998 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2026 01:17:09 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15380999 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2026 01:03:00 | Comenity Bank/Blair, Po Box 182120, Columbus, OH 43218-2120 |
| 15395030 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 29 2026 01:04:00 | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15381001 | + | Email/PDF: ais.dtv.ebn@aisinfo.com | May 29 2026 01:18:07 | Directv, 2230 E. Imperial Highway, El Segundo, CA 90245-3502 |
| 15382731 | | Email/PDF: ais.dtv.ebn@aisinfo.com | May 29 2026 01:17:54 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15381003 | + | Email/Text: dgpfohl@galaxyfcu.com | May 29 2026 01:04:00 | Galaxy Federal Credit Union, 1313 Liberty Street, Franklin, PA 16323-1528 |
| 15392476 | + | Email/Text: bankruptcy@sccompanies.com | May 29 2026 01:04:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15386955 | + | Email/Text: bankruptcy@sccompanies.com | May 29 2026 01:04:00 | Masseys, PO Box 2822, Monroe, WI 53566-8022 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2026 | Form ID: 300b | Total Noticed: 22 |

| | | | |
|---|---|---|---|
| 15381004 | + Email/PDF: cbp@omf.com | May 29 2026 01:17:09 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15381005 | + Email/Text: blegal@phfa.org | May 29 2026 01:04:00 | PA Housing Finance Agency, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 15389278 | + Email/Text: blegal@phfa.org | May 29 2026 01:04:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 15381237 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2026 01:18:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15394567 | Email/Text: BNCnotices@dcmservices.com | May 29 2026 01:03:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15381006 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | May 29 2026 01:17:12 | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Bank |
| cr | | Deutsche Bank National Trust Company, as trustee, |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 15381002 | ##+ | Enhanced Recovery Co, Po Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Victoria Ann Griswold dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Elizabeth Trachtman | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |
| Jordan Matthew Katz | on behalf of Creditor Deutsche Bank National Trust Company as trustee, on behalf of the holders of the Soundview Home Loan Trust 2005-1 Asset-Backed Certificates, Series 2005-1 jkatz@raslg.com |
| Katie Housman | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP khousman@pkh.com |

District/off: 0315-1                                  User: auto                                        Page 3 of 3

Date Rcvd: May 28, 2026                              Form ID: 300b                                  Total Noticed: 22

Leon P. Haller
                         on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com
                         khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Matthew Fissel
                         on behalf of Creditor Deutsche Bank National Trust Company  as trustee, on behalf of the holders of the Soundview Home Loan
                         Trust 2005-1 Asset-Backed Certificates, Series 2005-1 bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Michelle L. McGowan
                         on behalf of Creditor Deutsche Bank National Trust Company  as trustee, on behalf of the holders of the Soundview Home Loan
                         Trust 2005-1 Asset-Backed Certificates, Series 2005-1 mimcgowan@raslg.com

Office of the United States Trustee
                         ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                         cmecf@chapter13trusteewdpa.com


TOTAL: 9