**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Victoria Ann Griswold<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4152<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   21–10308–JCM

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Victoria Ann Griswold

7/14/26

**By the court:** John C Melaragno
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                 **Chapter 13 Discharge**                 page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 21-10308-JCM

Victoria Ann Griswold                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                              User: auto                              Page 1 of 3

Date Rcvd: Jul 14, 2026                           Form ID: 3180W                          Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Victoria Ann Griswold, 827 Mercer Road, Franklin, PA 16323-4627 |
| 15381000 | + Deutche Bank National Trust Company, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | EDI: PENNDEPTREV | Jul 15 2026 05:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jul 15 2026 05:59:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: AISACG.COM | Jul 15 2026 05:59:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + EDI: AISACG.COM | Jul 15 2026 05:59:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + EDI: PRA.COM | Jul 15 2026 05:59:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15380997 | EDI: ATTWIREBK.COM | Jul 15 2026 05:59:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 15400552 | + EDI: AISACG.COM | Jul 15 2026 05:59:00 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15380996 | + EDI: GMACFS.COM | Jul 15 2026 05:59:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15380998 | + EDI: CAPITALONE.COM | Jul 15 2026 05:59:00 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15380999 | + EDI: WFNNB.COM | Jul 15 2026 05:59:00 | Comenity Bank/Blair, Po Box 182120, Columbus, OH 43218-2120 |
| 15395030 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 15 2026 02:16:00 | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15381001 | + EDI: DIRECTV.COM | Jul 15 2026 05:59:00 | Directv, 2230 E. Imperial Highway, El Segundo, CA 90245-3502 |
| 15382731 | EDI: DIRECTV.COM | Jul 15 2026 05:59:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2026 | Form ID: 3180W | Total Noticed: 24 |

| | | | |
|---|---|---|---|
| 15381003 | + Email/Text: dgpfohl@galaxyfcu.com | Jul 15 2026 02:16:00 | Galaxy Federal Credit Union, 1313 Liberty Street, Franklin, PA 16323-1528 |
| 15392476 | + EDI: CBS7AVE | Jul 15 2026 05:59:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15386955 | + EDI: CBS7AVE | Jul 15 2026 05:59:00 | Masseys, PO Box 2822, Monroe, WI 53566-8022 |
| 15381004 | + EDI: AGFINANCE.COM | Jul 15 2026 05:59:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15381005 | + Email/Text: blegal@phfa.org | Jul 15 2026 02:16:00 | PA Housing Finance Agency, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 15389278 | + Email/Text: blegal@phfa.org | Jul 15 2026 02:16:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 15381237 | + EDI: PRA.COM | Jul 15 2026 05:59:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15394567 | Email/Text: BNCnotices@dcmservices.com | Jul 15 2026 02:16:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15381006 | + EDI: WFAUTO | Jul 15 2026 05:59:00 | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Bank |
| cr | | Deutsche Bank National Trust Company, as trustee, |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 15381002 | ##+ | Enhanced Recovery Co, Po Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Victoria Ann Griswold dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |

District/off: 0315-1                                   User: auto                                        Page 3 of 3

Date Rcvd: Jul 14, 2026                          Form ID: 3180W                              Total Noticed: 24

Elizabeth Trachtman
                        on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com

Jordan Matthew Katz
                        on behalf of Creditor Deutsche Bank National Trust Company  as trustee, on behalf of the holders of the Soundview Home Loan
                        Trust 2005-1 Asset-Backed Certificates, Series 2005-1 jkatz@raslg.com

Katie Housman
                        on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP khousman@pkh.com

Leon P. Haller
                        on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com
                        khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Matthew Fissel
                        on behalf of Creditor Deutsche Bank National Trust Company  as trustee, on behalf of the holders of the Soundview Home Loan
                        Trust 2005-1 Asset-Backed Certificates, Series 2005-1 bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Michelle L. McGowan
                        on behalf of Creditor Deutsche Bank National Trust Company  as trustee, on behalf of the holders of the Soundview Home Loan
                        Trust 2005-1 Asset-Backed Certificates, Series 2005-1 mimcgowan@raslg.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 9