## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    VICTORIA ANN GRISWOLD

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:21-10308

Chapter 13

Document No.: 53

### ORDER OF COURT

AND NOW, this _____14th_____ day of _____July_____, 20 26 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
7/14/26 11:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 21-10308-JCM

Victoria Ann Griswold                                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: auto                                      Page 1 of 3

Date Rcvd: Jul 14, 2026                    Form ID: pdf900                          Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Victoria Ann Griswold, 827 Mercer Road, Franklin, PA 16323-4627 |
| 15381000 | + | Deutche Bank National Trust Company, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 15 2026 02:23:11 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 15 2026 02:22:58 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 15 2026 02:23:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15380997 | | Email/Text: g17768@att.com | Jul 15 2026 02:16:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 15400552 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 15 2026 02:23:10 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15380996 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 15 2026 02:15:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15380998 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2026 02:23:03 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15380999 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 02:16:00 | Comenity Bank/Blair, Po Box 182120, Columbus, OH 43218-2120 |
| 15395030 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 15 2026 02:16:00 | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15381001 | + | Email/PDF: ais.dtv.ebn@aisinfo.com | Jul 15 2026 02:23:00 | Directv, 2230 E. Imperial Highway, El Segundo, CA 90245-3502 |
| 15382731 | | Email/PDF: ais.dtv.ebn@aisinfo.com | Jul 15 2026 02:23:05 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15381003 | + | Email/Text: dgpfohl@galaxyfcu.com | Jul 15 2026 02:16:00 | Galaxy Federal Credit Union, 1313 Liberty Street, Franklin, PA 16323-1528 |
| 15392476 | + | Email/Text: bankruptcy@sccompanies.com | Jul 15 2026 02:16:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15386955 | + | Email/Text: bankruptcy@sccompanies.com | Jul 15 2026 02:16:00 | Masseys, PO Box 2822, Monroe, WI 53566-8022 |

District/off: 0315-1 | User: auto | Page 2 of 3
Date Rcvd: Jul 14, 2026 | Form ID: pdf900 | Total Noticed: 22

| 15381004 | + | Email/PDF: cbp@omf.com | Jul 15 2026 02:23:08 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15381005 | + | Email/Text: blegal@phfa.org | Jul 15 2026 02:16:00 | PA Housing Finance Agency, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 15389278 | + | Email/Text: blegal@phfa.org | Jul 15 2026 02:16:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 15381237 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 15 2026 02:22:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15394567 | | Email/Text: BNCnotices@dcmservices.com | Jul 15 2026 02:16:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15381006 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jul 15 2026 02:23:04 | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Ally Bank |
| cr | | Deutsche Bank National Trust Company, as trustee, |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 15381002 | ##+ | Enhanced Recovery Co, Po Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Daniel P. Foster | on behalf of Debtor Victoria Ann Griswold dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Elizabeth Trachtman | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |
| Jordan Matthew Katz | on behalf of Creditor Deutsche Bank National Trust Company  as trustee, on behalf of the holders of the Soundview Home Loan Trust 2005-1 Asset-Backed Certificates, Series 2005-1 jkatz@raslg.com |
| Katie Housman | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP khousman@pkh.com |

District/off: 0315-1                                   User: auto                                      Page 3 of 3

Date Rcvd: Jul 14, 2026                               Form ID: pdf900                                 Total Noticed: 22

Leon P. Haller
                        on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com
                        khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Matthew Fissel
                        on behalf of Creditor Deutsche Bank National Trust Company  as trustee, on behalf of the holders of the Soundview Home Loan
                        Trust 2005-1 Asset-Backed Certificates, Series 2005-1 bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Michelle L. McGowan
                        on behalf of Creditor Deutsche Bank National Trust Company  as trustee, on behalf of the holders of the Soundview Home Loan
                        Trust 2005-1 Asset-Backed Certificates, Series 2005-1 mimcgowan@raslg.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 9